**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GABRIELA ANKE CAJAVILCA SALAS,** | Civil Action No. 25-15713 (SDW) |
| **Petitioner,** | |
| v. | **ORDER** |
| **LUIS SOTO, et al.,** | |
| **Respondents.** | |

This matter comes before the Court upon Petitioner Gabriela Anke Cajavilca Salas's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and motion for temporary restraining order ("Motion") (ECF No. 2). Respondents have submitted a letter indicating that Petitioner voluntarily left the country on October 17, 2025. (ECF No. 10). Accordingly, the challenge to Petitioner's detention in the Petition and Motion are moot. *See Lindaastuty v. Att'y Gen. of U.S.*, 186 F. App'x 294, 298 (3d Cir. 2006).

**IT IS THEREFORE** on this __6th__ day of __November__ 2025,

**ORDERED** that the Petition at ECF No. 1 and Motion at ECF No. 2 are **DISMISSED AS MOOT**; and it is finally

**ORDERED** that the Clerk shall close this matter.

.

_____
Hon. Susan D. Wigenton,
United States District Judge